USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First Circuit ____________________No. 97-2256 MARTIN HODAS, Plaintiff, Appellant, v. MARK SCHONFELD AND SHERBURNE, POWERS & NEEDHAM, P.C., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. George A. O'Toole, Jr., U.S. District Judge] ____________________ Before Torruella, Chief Judge, Stahl and Lynch, Circuit Judges. _____________________ Matthew Cobb, with whom Law Office of Matthew Cobb was onbrief, for appellant. Gael Mahony, with whom Timothy Veeser and Hill & Barlow, aProfessional Corporation were on brief, for appellees. ____________________  JUNE 25, 1998 ____________________ Per Curiam. After careful consideration of the briefs,record and oral argument in this case, we affirm the district courtopinion in this case. See 1st Cir. Loc. R. 27.1. Costs to beassessed against appellants.